# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE SALVATION ARMY; AND
SEDGWICK CMS,
           Appellants,
vs.
STEPHEN CHARTER,
           Respondent.

No. 70954

**FILED**

MAR 1 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the settlement conference, the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. James E. Wilson, District Judge
Jill I. Greiner, Settlement Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Nevada Attorney for Injured Workers/Carson City
Carson City Clerk

17-08321